UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 19, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                        )<br>            Plaintiff,             )<br>v.                                      )<br>                                        )<br>GAVRILO SPAICH,            )<br>                                        )<br>            Defendant.          ) | Case No. CR.S-08-0440-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release GAVRILO SPAICH, Case No. CR.S-08-0440-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of: $

    ___  Unsecured Appearance Bond

    ___  Appearance Bond with Surety

    _X_  (Other) Conditions as previously stated on the record.

    ___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  09/19/08  at  2:37 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge