```
                                                        FILED
                                                  September 19, 2008
        UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                                   EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA

                                                      DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )

                             )       Case No. CR.S-08-0440-JAM

          Plaintiff,      )

v.                         )       ORDER FOR RELEASE OF

                         )       PERSON IN CUSTODY

GAVRILO SPAICH,           )

                         )

          Defendant.      )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release GAVRILO SPAICH, Case No. CR.S-08-0440-

JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    \_\_\_    Release on Personal Recognizance

    \_\_\_    Bail Posted in the Sum of: $

        \_\_\_    Unsecured Appearance Bond

        \_\_\_    Appearance Bond with Surety

        _X_    (Other) Conditions as previously stated on the record.

        \_\_\_    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _09/19/08_ at _2:37 p.m_

By _____

      Edmund F. Brennan

      United States Magistrate Judge