THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
555 CAPITOL MALL 6^(TH) FLOOR SUITE 600
Sacramento, California  95814
Telephone: (916) 498-9258
mark@reichellaw.com

Attorney for Defendant
JEANNE SPAICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  ) | NO. CR.S-08-440-JAM |
|             Plaintiff,           ) | |
|                                  ) | STIPULATION AND PROPOSED ORDER |
|     v.                           ) | AFTER HEARING; ORDER ON |
|                                  ) | EXCLUSION OF TIME |
|                                  ) | |
|                                  ) | Date: February 24, 2009 |
| JEANNE SPAICH,                   ) | Time: 9:30 a.m. |
|             Defendant.           ) | Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, ROBERT MILLER HOLLEY, Esq. Attorney for defendant, that the present date for the status hearing be vacated and re calendared for February 24, 2009 at 9:30 a.m.

This continuance is requested as defense counsel needs adequate time to prepare for the case.  Defense counsel will soon receive a large volume of discovery and will be researching for motions to file.

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 24, 2009 should be excluded in computing the time within which

Stip and Order

1  trial must commence under the Speedy Trial Act, pursuant to Title 18
2  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
3  DATED: January 16, 2009.        Respectfully submitted,
4                                  MARK J. REICHEL, ESQ.
5                                  /s/ MARK J. REICHEL
                                   MARK J. REICHEL
6                                  Attorney for defendant
                                   JEANNE SPAICH
7
8                                  ROBERT MILLER HOLLEY, ESQ.
9                                  /s/ MARK J. REICHEL
                                   For ROBERT MILLER HOLLEY
10                                 Attorney for defendant
                                   GAVIN SPAICH
11
12                                 McGREGOR W. SCOTT
                                   United States Attorney
13
14 DATED: January 16, 2009.        /s/MARK J. REICHEL for:
                                   STEVE LAPHAM
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
16
17 _____**O R D E R**
18     **IT IS SO ORDERED.**  Time is excluded in the interests of justice
19 pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
20
   DATED: January 16, 2009.        /s/ John A. Mendez
21                                 JOHN A. MENDEZ
                                   United States District Court
22
23
24
25
26
27
28

Stip and Order                              2