L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
GAVRILO SPAICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GAVRILO SPAICH, et al.,<br><br>    Defendants. | No.  CR. S-08-440 JAM<br><br>STIPULATION TO CONTINUE THE DATE MOTIONS ARE DUE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT |

      IT IS HEREBY STIPULATED AND AGREED between the defendants, Jeannie Spaich and Gavrilo Spaich, by and through their defense counsel, Mark Reichel and Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Steven Lapham, that the defense shall file all motions by July 25, 2009; that the government shall file its oppositions by August 15, 2009; and the defense shall file its replies by August 22, 2009 and any non-evidentiary hearing on the motions shall be held on September 8, 2009 at 1:30 p.m.  If an evidentiary hearing is deemed necessary by any party, that party shall file a motion for the evidentiary hearing and the Court shall determine at the September 8, 2009 hearing whether such a hearing is necessary.

      The original date for the filing of motions was May 19, 2009.  Due to the press of business, counsel for Ms. Spaich could not file his motions by that date and the government orally agreed to extend the time for the filing of motions on the condition that time be excluded. The reason for the continuance for Mr. Spaich is that Bruce Locke, defense counsel for Mr. Spaich, was appointed to represent Mr. Spaich in April of 2009 and Mr. Locke needs additional time to review the discovery and to determine whether any motions are appropriate.  The parties request the Court to exclude time

under the Speedy Trial Act from May 19, 2009 to July 25, 2009 to allow for defense preparation and because the ends of justice outweigh the interest of the public and the defendants in a speedy trial. 18 U.S.C. §3161 (h) (I) (v) (8) and Local Code T4.   Mr. Reichel and Mr. Lapham have authorized Mr. Locke to sign this document for them.

DATED: June 24, 2009                 /S/ Bruce Locke
                                     BRUCE LOCKE
                                     Attorney for Gavrilo Spaich

DATED: June 24, 2009                 /S/ Bruce Locke
                                     for MARK REICHEL
                                     Attorney for Jeannie Spaich

DATED: June 24, 2009                 /S/ Bruce Locke
                                     for STEVEN LAPHAM
                                     Attorney for the United States

   IT IS SO ORDERED.

DATED:  6/25/2009                    /s/ John A. Mendez
                                     JOHN A. MENDEZ.
                                     United States District Judge