```
THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
455 CAPITOL MALL 3rd FLOOR SUITE 350
Sacramento, California  95814
Telephone: (916) 498-9258
mark@reichellaw.com

Attorney for Defendant
JEANNE SPAICH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | NO. CR.S-08-440-JAM |
|           Plaintiff,                ) | |
|                                     ) | STIPULATION AND ORDER  ON |
|      v.                             ) | EXCLUSION OF TIME |
|                                     ) | |
|                                     ) | Date: October 20, 2009 |
|                                     ) | Time: 9:30 a.m. |
| JEANNE SPAICH,                      ) | Judge: Hon. John A. Mendez |
|           Defendant.                ) | |
| _____ | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, BRUCE LOCKE, Esq. Attorney for defendant, that the present date for the status hearing be vacated and re calendared for October 20, 2009 at 9:30 a.m.

This continuance is requested as defense counsel needs adequate time to prepare for the case. Additionally, there is a discovery motion pending in the magistrate court which excludes time through September 24, 2009 for pending motions.

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

October 20, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code e.

DATED: September 3, 2009.        Respectfully submitted,

                                  MARK J. REICHEL, ESQ.

                                  /s/ MARK J. REICHEL
                                  MARK J. REICHEL
                                  Attorney for defendant
                                  JEANNE SPAICH


                                  BRUCE LOCKE ESQ.

                                  /s/ MARK J. REICHEL
                                  For BRUCE LOCKE
                                  Attorney for defendant
                                  GAVIN SPAICH


                                  LAWRENCE BROWN
                                  United States Attorney

DATED: September 3, 2009.        /s/MARK J. REICHEL for:
                                  STEVE LAPHAM
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 3, 2009.        /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Court