```
1   L. BRUCE LOCKE (#177787)
    Moss & Locke
2   555 University Avenue, Suite 170
    Sacramento, CA 95825
3   (916) 569-0667
    (916) 569-0665 fax
4   Attorneys for
    GAVRILO SPAICH
5
```

6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 8  | UNITED STATES OF AMERICA, ) | No.   CR. S-08-440 JAM |
| 9  | Plaintiff, ) | |
| 10 | ) | STIPULATION AND ORDER SETTING A BRIEFING SCHEDULE |
|    | v. ) | AND THE DATE FOR THE HEARING |
| 11 | ) | ON THE DEFENDANT'S MOTION |
|    | GAVRILO SPAICH, et al., ) | TO DISMISS THE MONEY |
| 12 | ) | LAUNDERING CHARGES |
|    | Defendants. ) | |
| 13 | _____) | |

14          IT IS HEREBY STIPULATED AND AGREED between the defendants, Jeannie Spaich and

15   Gavrilo Spaich, by and through their defense counsel, Mark Reichel and Bruce Locke, and the

16   United States of America, by and through its counsel, Assistant United. States Attorney Steven

17   Lapham, that the  government shall file its opposition to the defendant Gavrilo Spaich's motion to

18   dismiss the money laundering charges by January 19, 2010 and that the defense shall file its reply

19   to the government's opposition by January 26, 2010, and the hearing on the motion shall be on

20   February 2, 2010 at 11:00 a.m.

21          The time between the date of the filing of this motion and the date of the disposition of the

22   motion shall be excluded from the computation of the speedy trial act calculation pursuant to 18

23   U.S.C. §3161 (h) (1) (D).   Mr. Reichel and Mr. Lapham have authorized Mr. Locke to sign this

24   document for them.

25

26   DATED: December 10, 2009            /S/ Bruce Locke
                                         BRUCE LOCKE
27                                       Attorney for Gavrilo Spaich

28

29                                           1

DATED: December 10, 2009            /S/ Bruce Locke
                                    for MARK REICHEL
                                    Attorney for Jeannie Spaich

DATED: December 10, 2009            /S/ Bruce Locke
                                    for STEVEN LAPHAM
                                    Attorney for the United States

IT IS SO ORDERED.

DATED: December 10, 2009            /s/ John A. Mendez
                                    JOHN A. MENDEZ.
                                    United States District Judge