```
BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
GAVRILO SPAICH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-08-440 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE DATE FOR |
| v. | ) | SENTENCING AND SETTING A |
| | ) | NEW SCHEDULE FOR DISCLOSURE |
| GAVRILO SPAICH | ) | OF THE PRE-SENTENCE REPORT |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED AND AGREED between the defendant, Gavrilo Spaich, by and through his defense counsel, Bruce Locke, and the United States of America, by and through its counsel, Assistant United. States Attorney Steven Lapham, that the date for sentencing shall be continued from January 18, 2011 to February 22, 2011.

   It is further stipulated that the Informal Objections shall be provided to the Probation Officer and opposing counsel no later that January 18, 2011; the Final Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than February 1, 2011; the Motion for Correct of the Pre-Sentence Report shall be filed with the Court and served upon opposing counsel and the Probation Officer no later than February 8, 2011; and the Reply or Statement of Non-Opposition shall be filed with the Court no later than February 15, 2011.

DATED: December 27, 2010        /S/ Bruce Locke
                                BRUCE LOCKE
                                Attorney for Gavrilo Spaich

1

DATED: December 27, 2010        /S/ Bruce Locke
                                for STEVEN LAPHAM
                                Attorney for the United States

IT IS SO ORDERED.

DATED: 12/27/2010               /s/ John A. Mendez
                                JOHN A. MENDEZ.
                                United States District Judge