BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
GAVRILO SPAICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-440 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING THE DATE FOR |
| | ) | SENTENCING AND SETTING A |
| | ) | NEW SCHEDULE FOR FILING OF |
| GAVRILO SPAICH, et al., | ) | FORMAL OBJECTIONS AND |
| | ) | SENTENCING MEMORANDA |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Gavrilo Spaich, by and through his defense counsel, Bruce Locke, and the United States of America, by and through its counsel, Assistant United. States Attorney Steven Lapham, that the date for sentencing shall be continued from March 8, 2011 to April 12, 2011 at 9:30 a.m..

It is further stipulated that the Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served upon opposing counsel and the Probation Officer no later than March 29, 2011; and the Reply or Statement of Non-Opposition shall be filed with the Court no later than February April 1, 2011.

The reason for the continuance is that Mr. Spaich needs to undergo medical tests and the additional time is necessary to conduct those tests. Mr. Lapham has authorized Mr. Locke to sign this stipulation and proposed order for him.

DATED: February 22, 2011          _____/S/ Bruce Locke_____
                                  BRUCE LOCKE
                                  Attorney for Gavrilo Spaich

1

1

2

3

4

5   DATED: February 22, 2011               ___/S/ Bruce Locke_____

6                                 for STEVEN LAPHAM

                                 Attorney for the United States

7

8

9

10

          IT IS SO ORDERED.

11

12   DATED: 2/22/2011                 /s/ John A. Mendez_____

                                 JOHN A. MENDEZ.

13                               United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29