BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
GAVRILO SPAICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GAVRILO SPAICH, et al.,<br><br>        Defendants. | No.   CR. S-08-440 JAM<br><br>STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING AND SETTING A NEW SCHEDULE FOR FILING OF FORMAL OBJECTIONS AND SENTENCING MEMORANDA |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Gavrilo Spaich, by and through his defense counsel, Bruce Locke, and the United States of America, by and through its counsel, Assistant United States Attorney Steven Lapham, that the date for sentencing shall be continued from April 12, 2011 to May 10, 2011.

It is further stipulated that the Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served upon opposing counsel and the Probation Officer no later than April 26, 2011; and the Reply or Statement of Non-Opposition shall be filed with the Court no later than May 3, 2011.

The reason for the continuance is that the Probation Officer included representations in the Pre-Sentence Report as to facts that predate the offenses to which Mr. Spaich pled guilty and it is necessary that the defense gather additional information to contest those factual allegations because the allegations are prejudicial to Mr. Spaich.  Additionally, there is a question as to the accuracy of the criminal history and the defense needs to gather the actual court files to contest the assertions in the Pre-Sentence Report. Also, Mr. Spaich needs to undergo medical tests and the additional time

is necessary to conduct those tests. Mr. Lapham has authorized Mr. Locke to sign this stipulation and proposed order for him.

DATED: March 30, 2011           /S/ Bruce Locke
                                           BRUCE LOCKE
                                           Attorney for Gavrilo Spaich

DATED: March 30, 2011           /S/ Bruce Locke
                                           for STEVEN LAPHAM
                                           Attorney for the United States

IT IS SO ORDERED.

DATED:   3/30/2011              /s/ John A. Mendez
                                           JOHN A. MENDEZ.
                                           United States District Judge