# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                          RE:    Gavrilo Spaich
                                                     Docket Number:  2:08CR00440-02
                                                     PERMISSION TO TRAVEL
                                                     <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Japan and China for a two week period. He is current with all supervision obligations, and the probation officer recommends approval be granted.

On July 12, 2011, Gavrilo Spaich was sentenced to a term of imprisonment for a period of 24 months after pleading guilty to 18 USC 371 - Conspiracy, a Class D felony, and 18 USC 152 - Concealment of Assets, a Class D felony. In that matter, Mr. Spaich filed for bankruptcy and failed to disclose a personal residence which he had owned, while having his daughter withdraw equity from the residence for personal use.

Prior to his incarceration, Mr. Spaich was the owner of a massive prune packing company, which was forced to close business operations due to poor fiscal management. While incarcerated, Mr. Spaich's daughter once again started up the family business and although in its infant stages, the business appears to be gaining traction. Since his release from Bureau of Prisons custody in April 2013, Mr. Spaich has reconnected with many of his old business contacts throughout Japan and China. Mr. Spaich has conveyed to the undersigned officer that many of these business associates wish to once again work with Mr. Spaich and have asked him to tour a processing plant in Japan and China.

**RE:    Gavrilo Spaich**
       Docket Number:   2:08CR00440-02
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Mr. Spaich indicated he would be able to provide all necessary documentation to prove the validity of his business trip, and as his criminal conviction has no ties to the family business, the undersigned would not oppose this travel request.  As is outlined in the Guide to Judicial Policy, authorization for international travel must be approved by the Court and therefore, is submitted for Your Honor's review.

**Sentence imposed:**  24 months custody of the Bureau of Prisons; 24 month term of supervised release; $200 special assessment; $5,000 fine.

**Dates and Mode of Travel:** If approved by the Court, Mr. Spaich will attempt to purchase airline tickets for a departing flight in the middle of June, 2013, and would return to the Eastern District of California by the first of July, 2013.

**Purpose:**  Business trip to Japan and China.

                    Respectfully Submitted,


                    /s/ Garey R. White
                    **GAREY R. WHITE**
                    **United States Probation Officer**

**DATED:**    May 21, 2013
              Sacramento, California
              GRW/sg


**REVIEWED BY:**        /s/ Michael A. Sipe
                    **MICHAEL A. SIPE**
                    **Supervising United States Probation Officer**

RE: Gavrilo Spaich
Docket Number:   2:08CR00440-02
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**ORDER OF THE COURT:**

Approved

| 5/22/2013 | /s/ John A. Mendez |
|---|---|
| **Date** | **JOHN A. MENDEZ**<br>**United States District Court Judge** |